UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORIANO MILLARE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. STARR, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-2072 KJM AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 22, 2022, the magistrate judge issued findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 16.  Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued March 22, 2022 (ECF No. 16), are ADOPTED in full;

2. This case shall proceed on Claim One only of the First Amended Complaint, against M. Starr in his official capacity only, and

3. Claims Two and Three of the First Amended Complaint, and all defendants other than M. Starr in his official capacity, are DISMISSED.

4. This case is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: May 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE