IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MORIANO MILLARE,** | 2:20-cv-02072 KJM AC P |
| Plaintiff, | ~~(PROPOSED)~~ ORDER |
| v. | |
| **M. STARR, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,** Defendant's motion for an administrative relief re: an extension of time to file a motion to opt out of the Post-Screening ADR Project (ECF No. 28) is GRANTED. The deadline to file a motion to opt out of the Post-Screening ADR Project is extended to October 4, 2022.

Dated:  August 19, 2022

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2022302667/36459293.docx

1

~~(Proposed)~~ Order (2:20-cv-02072 KJM AC P)