IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MORIANO MILLARE,** | Case No. 2:20-cv-02072 DAD AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **M. STARR, et al.,** | |
| Defendants. | |

    Plaintiff Moriano Millare, an inmate proceeding pro se, claims Defendant violated his rights pursuant to the Americans with Disabilities Act.  On July 6, 2022, the Court issued an order referring the case to its Post-Screening ADR Project.  (ECF No. 25.)  On August 18, 2022, the court granted Defendant's Motion for an extension of Time to Opt Out of the Post-Screening ADR Project, extending the deadline to October 4, 2022.  (ECF No. 29.)  On October 4, 2022, Defendant filed with this Court the request to opt out of the ADR Project on the grounds that a settlement conference would be futile.  (ECF No. 31).

/ / / /

/ / / /

/ / / /

/ / / /

Good cause appearing, the Court **GRANTS** Defendant's Request to Opt Out of the ADR Project. (ECF No. 31). Defendant shall file an answer or otherwise respond to the Complaint no later than December 1, 2022.

**IT IS SO ORDERED**.

DATED: October 6, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE