UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORIANO MILLARE, | No. 2:20-cv-2072 DAD AC P |
| Plaintiff, | |
| v. | ORDER |
| M. STARR, et al., | |
| Defendants. | |

On January 13, 2025, the court issued a minute order setting a settlement conference date of March 19, 2025 at 10:00 A.M. before Magistrate Judge Sean C. Riordan. ECF No. 47. In light of the settlement conference date, the court subsequently issued a further scheduling order. ECF No. 48. Due to scheduling conflict with defense counsel, the settlement conference was reset to March 21, 2025, at 10:00 A.M, and the settlement conference statements deadline was modified to March 14, 2025. ECF No. 49.

On March 14, 2025, defendant submitted a confidential settlement statement. ECF No. 50. Plaintiff, however, filed a notice of change of address and request to postpone or reset the settlement conference by forty-five days. ECF No. 51. The court construes this filing as a request to reset the settlement conference date and modify the scheduling order. Good cause appearing, the court will grant plaintiff's request. However, **plaintiff is warned that any additional continuances will be unlikely considering the pending trial date**.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to reset the settlement conference before Magistrate Judge Riordan and to modify the scheduling order (ECF No. 51) is granted.
2. The settlement before Magistrate Judge Riordan is RESET to May 16, 2025, at 10:00 A.M. A separate minute order with detailed instruction will be issued separately.
3. The prior scheduling order (ECF No. 48) is modified as follows:
    a. All parties shall serve their expert disclosures by **June 15, 2025.**
    b. The deadline for the completion of all expert discovery is **July 15, 2025.**
    c. Pretrial conference (as described in Local Rule 282) is set in this case for **August 27, 2025**, before the magistrate judge. The pretrial conference shall be conducted on the file only, without appearance by either party.
    d. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of incarcerated witnesses at trial on or before **August 6, 2025**. Defendants shall file their pretrial statement on or before **August 20, 2025**. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.
4. The trial readiness conference and jury trial dates set by the prior scheduling order (ECF No. 48) are not modified.
    a. A trial readiness conference is set for **October 6, 2025, by Zoom at 1:30 P.M.** before the Honorable Dale A. Drozd in Courtroom 4.
    b. This matter is set for jury trial before the Honorable Dale A. Drozd on **November 4, 2025, at 9:00 A.M.** in Courtroom 4.

DATED: March 19, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2