1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  LE-MAI D. LYONS, State Bar No. 285756
   Supervising Deputy Attorney General
3  ARI J. SHEPS, State Bar No. 339595
   Deputy Attorney General
4   600 West Broadway, Suite 1800
    San Diego, CA 92101
5   Telephone: (619) 321-5801
    Fax: (916) 732-7920
6   E-mail: Ari.Sheps@doj.ca.gov
   *Attorneys for Defendant*
7  *Starr*

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12

13  MORIANO MILLARE,                    2:20-cv-02072 DAD AC

14                        Plaintiff,    **STIPULATION FOR VOLUNTARY
                                        DISMISSAL WITH PREJUDICE**
15       v.
                                        (Fed. R. Civ. P. 41(a)(1)(A)(ii))
16  M. STARR, et al.,
                                        Judge:        The Honorable Dale A. Drozd
17                        Defendant.    Trial Date:   Not set.
                                        Action Filed: October 16, 2020
18

19        Plaintiff Moriano Millare and Defendant Starr, through her counsel of record, have resolved

20  this case. Accordingly, the parties move under Federal Rule of Civil Procedure 41(a)(1), to

21  dismiss this action with prejudice.

22        Each party shall bear its own litigation costs and attorney's fees.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                         1

It is so stipulated.

Dated: 5/22/2025

Moriano Millare
Plaintiff, *Pro Se*

Dated: 5/16/2025

/s/ *Ari J. Sheps*

Ari J. Sheps
Deputy Attorney General
California Attorney General's Office
Attorneys for Defendant Starr

SA2022302667

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Millare, Moriano (J19886) v. M. Starr, et al.**
Case No.:     **2:20-cv-02072 DAD AC**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

On <u>May 28, 2025</u>, I served the attached **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 600 West Broadway, Suite 1800, San Diego, CA 92101, addressed as follows:

**Moriano Millare**
**111 Taylor St. C-74**
**San Francisco, CA 94102**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on May 28, 2025, at San Diego, California.

| C. Hernandez | |
|---|---|
| Declarant | Signature |

SA2022302667